# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kewalramani, Hemant H. | Central District of California | 04/27/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

3470 Twelfth Street, Suite 380
Riverside, CA 92501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Shareholder, President | SHK Legal, APC |
| 2. Judicial Advisory Board Member | Constitutional Rights Foundation of Orange County |
| 3. Board Member | Howard T. Markey Intellectual Property Inn of Court |
| 4. Board Member | Federal Bar Association - Inland Empire Chapter |
| 5. Trustee | Family Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Southern California Permanente Medical Group |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | State Bar of Texas - Intellectual Property Section | 7/12/18-7/12/18 | Denver, Colorado | Participate on Panel | Transportation, meals, hotel |
| 3. | Houston Intellectual Property Law Association | 9/27/18-9/29/18 | Galveston, Texas | Participate on Panel | Transportations, meals, hotel |
| 4. | Eastern District of Texas Bench Bar Conference | 10/18/2018-10/20/2018 | Plano, Texas | Participate on Panel | Transportation, meals, hotel |
| 5. | American Intellectual Property Law Association | 10/24/2018-10/26/2018 | Washington D.C. | Participate on Panel | Transportations, meals, hotel, ticket |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kewalramani, Hemant H.** | 04/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Howard T. Markey Inn of Court | Honorary Membership (dues, like privileges) | $700.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kewalramani, Hemant H.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apple common stock | B | Dividend | L | T | | | | | |
| 2. 401(k) #1 (H) | | | | | | | | | |
| 3. - Vanguard Target Retire Trust Plus 2035 | None | | L | T | Buy (add'l) | 1/5/2018 | J | | |
| 4. | | | | | Buy (add'l) | 01/19/18 | J | | |
| 5. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 6. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 7. | | | | | Sold (part) | 02/26/18 | J | | |
| 8. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 9. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 10. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 11. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 12. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 13. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 14. | | | | | Sold (part) | 05/16/18 | J | | |
| 15. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 16. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 17. | | | | | Buy (add'l) | 06/22/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 19. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 20. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 21. | | | | | Buy (add'l) | 08/17/18 | J | | |
| 22. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 23. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 24. | | | | | Sold (part) | 09/28/18 | J | | |
| 25. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 26. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 27.    - Vanguard International Growth Adm | C | Dividend | L | T | Buy (add'l) | 01/05/18 | J | | |
| 28. | | | | | Buy (add'l) | 01/19/18 | J | | |
| 29. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 30. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 31. | | | | | Sold (part) | 02/26/18 | J | | |
| 32. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 33. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 34. | | | | | Buy (add'l) | 04/02/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 36. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 37. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 38. | | | | | Sold (part) | 05/16/18 | J | | |
| 39. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 40. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 41. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 42. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 43. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 44. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 45. | | | | | Buy (add'l) | 08/17/18 | J | | |
| 46. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 47. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 48. | | | | | Sold (part) | 09/28/18 | J | | |
| 49. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 50. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 51. | | | | | Buy (add'l) | 12/18/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Vanguard Total Bond Market Idx Fund Int. Plus Shares | A | Int./Div. | K | T | Buy (add'l) | 01/05/18 | J | | |
| 53. | | | | | Buy (add'l) | 01/19/18 | J | | |
| 54. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 55. | | | | | Sold (part) | 02/02/18 | J | | |
| 56. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 57. | | | | | Sold (part) | 02/26/18 | J | | |
| 58. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 59. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 60. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 61. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 62. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 63. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 64. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 65. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 66. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 67. | | | | | Sold (part) | 05/16/18 | J | | |
| 68. | | | | | Buy (add'l) | 05/25/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 70. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 71. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 72. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 73. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 74. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 75. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 76. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 77. | | | | | Buy (add'l) | 08/17/18 | J | | |
| 78. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 79. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 80. | | | | | Sold (part) | 09/28/18 | J | | |
| 81. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 82. | | | | | Sold (part) | 10/12/18 | J | | |
| 83. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 84. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 85. | | | | | Buy (add'l) | 12/31/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kewalramani, Hemant H.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Keogh #1 (H) | | | | | | | | | |
| 87. - Vanguard Target Retire Trust Plus 2035 | | None | N | T | Buy (add'l) | 01/19/18 | J | | |
| 88. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 89. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 90. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 91. | | | | | Sold (part) | 03/06/18 | J | | |
| 92. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 93. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 94. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 95. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 96. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 97. | | | | | Sold (part) | 05/23/18 | J | | |
| 98. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 99. | | | | | Sold (part) | 06/08/18 | J | | |
| 100. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 101. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 102. | | | | | Buy (add'l) | 07/20/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kewalramani, Hemant H.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 08/03/18 | J | | |
| 104. | | | | | Buy<br>(add'l) | 08/10/18 | J | | |
| 105. | | | | | Buy<br>(add'l) | 08/17/18 | J | | |
| 106. | | | | | Buy<br>(add'l) | 08/31/18 | J | | |
| 107. | | | | | Buy<br>(add'l) | 09/14/18 | J | | |
| 108. | | | | | Sold<br>(part) | 09/28/18 | J | | |
| 109. | | | | | Buy<br>(add'l) | 09/28/18 | J | | |
| 110. | | | | | Buy<br>(add'l) | 10/12/18 | J | | |
| 111. US Bank Cash Accounts | A | Interest | N | T | | | | | |
| 112. 529 College Savings (H) | | | | | | | | | |
| 113. - American Funds College 2024 Fund | C | Dividend | M | T | Buy<br>(add'l) | 01/23/18 | J | | |
| 114. | B | Distribution | | | Buy<br>(add'l) | 02/23/18 | J | | |
| 115. | | | | | Buy<br>(add'l) | 04/24/18 | J | | |
| 116. | | | | | Buy<br>(add'l) | 05/23/18 | J | | |
| 117. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 118. | | | | | Buy<br>(add'l) | 07/24/18 | J | | |
| 119. | | | | | Buy<br>(add'l) | 08/23/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 121. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 122. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 123. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 124. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 125.   Advisory Account (H) | | | | | | | | | |
| 126.   - Dodge & Cox International Fund | A | Distribution | | T | Sold (part) | 01/24/18 | J | A | |
| 127. | A | Dividend | | | Sold (part) | 03/23/18 | J | A | |
| 128. | | | | | Sold (part) | 04/23/18 | J | A | |
| 129. | | | | | Sold (part) | 09/25/18 | J | A | |
| 130.   - Dreyfus Insured Deposits I | A | Interest | J | T | | | | | |
| 131.   - Europacific Growth Fund Class F-2 | A | Dividend | J | T | Sold (part) | 01/24/18 | J | A | |
| 132. | A | Distribution | | | Sold (part) | 03/22/18 | J | A | |
| 133. | | | | | Sold (part) | 03/23/18 | J | A | |
| 134. | | | | | Buy (add'l) | 06/14/18 | J | A | |
| 135. | | | | | Sold (part) | 07/23/18 | J | | |
| 136. | | | | | Buy (add'l) | 12/21/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   - Fidelity Advisor Intermediate Muni Income Fund | A | Distribution | J | T | Buy (add'l) | 01/02/18 | J | | |
| 138. | A | Dividend | | | Buy (add'l) | 02/01/18 | J | | |
| 139. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 140. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 141. | | | | | Sold (part) | 03/23/18 | J | A | |
| 142. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 143. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 144. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 145. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 146. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 147. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 148. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 149. | | | | | Sold (part) | 10/22/18 | J | A | |
| 150. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 151. | | | | | Sold (part) | 11/21/18 | J | A | |
| 152. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 153. | | | | | Buy (add'l) | 12/03/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 12/24/18 | J | A | |
| 155.   - Fidelity Advisor Mid Cap II Fund Class I | A | Dividend | J | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 156. | A | Distribution | | | Sold<br>(part) | 02/20/18 | J | A | |
| 157. | | | | | Sold<br>(part) | 03/23/18 | J | A | |
| 158. | | | | | Sold<br>(part) | 06/21/18 | J | A | |
| 159. | | | | | Buy<br>(add'l) | 12/10/18 | J | | |
| 160.   - Fidelity Advisor New Insights Fund Class I | C | Distribution | K | T | Sold<br>(part) | 01/24/18 | J | A | |
| 161. | A | Dividend | | | Buy<br>(add'l) | 02/12/18 | J | | |
| 162. | | | | | Sold<br>(part) | 02/20/18 | J | A | |
| 163. | | | | | Sold<br>(part) | 03/22/18 | J | A | |
| 164. | | | | | Sold<br>(part) | 03/23/18 | J | A | |
| 165. | | | | | Sold<br>(part) | 05/22/18 | J | A | |
| 166. | | | | | Sold<br>(part) | 06/21/18 | J | A | |
| 167. | | | | | Sold<br>(part) | 07/23/18 | J | A | |
| 168. | | | | | Sold<br>(part) | 09/24/18 | J | A | |
| 169. | | | | | Buy<br>(add'l) | 12/10/18 | J | | |
| 170.   - Franklin Federal Intermediate-Term Tax<br>Free Income Fund Advisor | A | Distribution | J | T | Buy<br>(add'l) | 01/02/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 172. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 173. | | | | | Sold (part) | 03/23/18 | J | | |
| 174. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 175. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 176. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 177. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 178. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 179. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 180. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 181. | | | | | Sold (part) | 10/22/18 | J | | |
| 182. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 183. | | | | | Sold (part) | 11/22/18 | J | | |
| 184. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 185. | | | | | Sold (part) | 12/24/18 | J | | |
| 186. - Invesco Balanced Risk Commodity Strategy Fund CL Y | A | Dividend | J | T | Sold (part) | 03/23/18 | J | A | |
| 187. | A | Distribution | | | Buy (add'l) | 12/17/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - John Hancock Disciplined Value Mid Cap Fund Class I | A | Distribution | J | T | Sold (part) | 03/22/18 | J | A | |
| 189. | | | | | Sold (part) | 03/23/18 | J | A | |
| 190. | | | | | Sold (part) | 08/22/18 | J | A | |
| 191. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 192.  - MFS Value Fund Class I | A | Dividend | K | T | Sold (part) | 03/23/18 | J | A | |
| 193. | A | Distribution | | | Buy (add'l) | 03/28/18 | J | | |
| 194. | | | | | Sold (part) | 05/22/18 | J | A | |
| 195. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 196. | | | | | Sold (part) | 07/23/18 | J | | |
| 197. | | | | | Sold (part) | 08/22/18 | J | A | |
| 198. | | | | | Sold (part) | 09/24/18 | J | A | |
| 199. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 200. | | | | | Sold (part) | 10/22/18 | J | A | |
| 201. | | | | | Sold (part) | 11/21/18 | J | A | |
| 202. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 203.  - New World Fund Class F-2 | A | Dividend | J | T | Sold (part) | 02/20/18 | J | A | |
| 204. | A | Distribution | | | Sold (part) | 03/23/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kewalramani, Hemant H.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 206.  - Northern Small Cap Value Fund | A | Distribution | J | T | Sold<br>(part) | 03/26/18 | J | A | |
| 207. | A | Dividend | | | Sold<br>(part) | 05/22/18 | J | A | |
| 208. | | | | | Sold<br>(part) | 08/22/18 | J | A | |
| 209. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 210.  - T Rowe Price Emerging Markets Stock | A | Dividend | J | T | Sold<br>(part) | 01/24/18 | J | A | |
| 211. | | | | | Sold<br>(part) | 03/23/18 | J | A | |
| 212. | | | | | Buy<br>(add'l) | 12/18/18 | J | | |
| 213. | | | | | Sold<br>(part) | 12/24/18 | J | A | |
| 214.  - T Rowe Price Real Estate | A | Dividend | J | T | Sold<br>(part) | 03/23/18 | J | | |
| 215. | A | Distribution | | | Buy<br>(add'l) | 03/28/18 | J | | |
| 216. | | | | | Buy<br>(add'l) | 06/28/18 | J | | |
| 217. | | | | | Buy<br>(add'l) | 09/27/18 | J | | |
| 218. | | | | | Sold<br>(part) | 11/21/18 | J | | |
| 219. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 220.  IRA # 1 (H) | | | | | | | | | |
| 221.  - American Century Diversified Bond<br>Investor Class | A | Dividend | | T | Buy<br>(add'l) | 01/02/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 02/01/18 | J | | |
| 223. | | | | | Buy<br>(add'l) | 03/01/18 | J | | |
| 224. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 225. | | | | | Buy<br>(add'l) | 05/01/18 | J | | |
| 226. | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 227. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 228. | | | | | Sold | 07/16/18 | K | | |
| 229.   - Dodge & Cox Income Fund | A | Dividend | K | T | Buy<br>(add'l) | 03/28/18 | J | | |
| 230. | A | Distribution | | | Buy<br>(add'l) | 06/28/18 | J | | |
| 231. | | | | | Buy<br>(add'l) | 09/27/18 | J | | |
| 232. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 233.   - Dreyfus Insured Deposits | A | Interest | J | T | | | | | |
| 234.   - Europacific Growth Fund Class F-2 | A | Dividend | K | T | Buy<br>(add'l) | 06/14/18 | J | | |
| 235. | B | Distribution | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 236.   - Fidelity Advisor Mid Cap II Fund Class I | A | Dividend | K | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 237. | B | Distribution | | | Buy<br>(add'l) | 12/10/18 | J | | |
| 238.   - Fidelity Advisor New Insights Fund Class I | D | Distribution | L | T | Buy<br>(add'l) | 02/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | A | Dividend | | | Buy<br>(add'l) | 12/10/18 | J | | |
| 240. - Goldman Sachs Internnational Small Cap Insights Fund Class I | A | Dividend | J | | Buy | 07/16/18 | J | | |
| 241. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 242. - Invesco Balanced Risk Commodity Strategy Fund CL Y | A | Distribution | K | T | Buy<br>(add'l) | 12/17/18 | J | | |
| 243. | A | Dividend | | | | | | | |
| 244. - John Hancock Disciplined Value Mid Cap Fund Class I | A | Distribution | K | T | Buy<br>(add'l) | 12/17/18 | J | | |
| 245. | A | Dividend | | | | | | | |
| 246. - MFS Value Fund Class I | B | Dividend | L | T | Buy<br>(add'l) | 01/03/18 | J | | |
| 247. | B | Distribution | | | Buy<br>(add'l) | 03/28/18 | J | | |
| 248. | | | | | Buy<br>(add'l) | 06/28/18 | J | | |
| 249. | | | | | Buy<br>(add'l) | 09/27/18 | J | | |
| 250. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 251. - New World Fund Class F-2 | A | Dividend | K | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 252. | A | Distribution | | | | | | | |
| 253. - Northern Small Cap Value Fund | B | Distribution | K | T | Buy<br>(add'l) | 12/21/18 | J | | |
| 254. | A | Dividend | | | | | | | |
| 255. - Pimco Income Fund Class P | A | Dividend | K | T | Buy<br>(add'l) | 01/02/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 02/01/18 | J | | |
| 257. | | | | | Buy<br>(add'l) | 03/01/18 | J | | |
| 258. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 259. | | | | | Buy<br>(add'l) | 05/01/18 | J | | |
| 260. | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 261. | | | | | Buy<br>(add'l) | 07/01/18 | J | | |
| 262. | | | | | Buy<br>(add'l) | 08/01/18 | J | | |
| 263. | | | | | Buy<br>(add'l) | 09/04/18 | J | | |
| 264. | | | | | Buy<br>(add'l) | 10/01/18 | J | | |
| 265. | | | | | Buy<br>(add'l) | 11/01/18 | J | | |
| 266. | | | | | Buy<br>(add'l) | 12/03/18 | J | | |
| 267.  - T Rowe Price Emerging Markets Stock | A | Dividend | K | T | Buy<br>(add'l) | 12/18/18 | J | | |
| 268.  - T Rowe Price Real Estate | A | Dividend | K | T | Buy<br>(add'l) | 03/28/18 | J | | |
| 269. | A | Distribution | | | Buy<br>(add'l) | 06/28/18 | J | | |
| 270. | | | | | Buy<br>(add'l) | 09/27/18 | J | | |
| 271. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 272.  - The Oakmark International Fund Investor<br>Class | A | Dividend | K | T | Buy<br>(add'l) | 12/14/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kewalramani, Hemant H.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | B | Distribution | | | | | | | |
| 274.   - The Oakmark International Small-Cap Fund Investor Class | | | | T | Sold | 07/16/18 | K | B | |
| 275.   - TIAA Cref Mutual Funds Bond Fund Advisor | A | Dividend | K | T | Buy | 07/16/18 | K | | |
| 276. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 277. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 278. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 279. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 280. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 281.   Personal Annuity (H) | | | | | | | | | |
| 282.   - Credit Suisse Commodity Return Strategy | | None | J | T | | | | | |
| 283.   - Emerging Markets Equity (MSA/Aberdeen Asset Managers) | | None | J | T | | | | | |
| 284.   - Equity Income Fund (MSA/T. Rowe Price | | None | K | T | | | | | |
| 285.   - Fidelity VIP Contra Fund | | None | J | T | | | | | |
| 286.   - Fidelity VIP Mid Cap | | None | J | T | | | | | |
| 287.   - Focused Appreciation (MSA/Loomis Sayles Company) | | None | K | T | | | | | |
| 288.   - Global Real Estate Securities Fund (Russell Investments) | | None | J | T | | | | | |
| 289.   - High Yield Bond Fund (MSA/Federated Investment Management Company) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Inflation Protection Fund (MSA/American Century) | | None | J | T | | | | | |
| 291. - International Equity Fund (MSA/ Franklin Templeton) | | None | J | T | | | | | |
| 292. - International Growth Fund (MSA/Fiam LLC) | | None | J | T | | | | | |
| 293. - Mid Cap Value Fund (MSA/American Century) | | None | J | T | | | | | |
| 294. - Multi Sector Bond Fund (MSA/Pimco) | | None | J | T | | | | | |
| 295. - Neuberger Berman Sustainable Equity Responsive Fund | | None | J | T | | | | | |
| 296. - Research International Core Fund (MSA/ MFS) | | None | J | T | | | | | |
| 297. - Select Bond Fund (MSA/Wells Capital Management Inc) | | None | J | T | | | | | |
| 298. - Small Cap Value Fund (MSA/T. Rowe Price) | | None | J | T | | | | | |
| 299. - Stategic Bond Fund (Russell Investments Management LLC) | | None | J | T | | | | | |
| 300. Northwestern Mutual 65 Life Policy #1 | A | Dividend | J | T | | | | | |
| 301. Northwestern Mutual 65 Life Policy #2 | A | Dividend | J | T | | | | | |
| 302. Northwestern Mutual Adjustable Complete Life Policy #1 | A | Dividend | K | T | | | | | |
| 303. Northwestern Mutual Adjustable Complete Life Policy #2 | A | Dividend | K | T | | | | | |
| 304. Northwestern Mutual Adjustable Complete Life Policy #3 | A | Dividend | J | T | | | | | |
| 305. Northwestern Mutual Adjustable Complete Life Policy #4 | A | Dividend | K | T | | | | | |
| 306. Northwestern Mutual Adjustable Complete Life Policy #5 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kewalramani, Hemant H.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Joint Account U.S. Bank cash equivalent account | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kewalramani, Hemant H. | 04/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Family Trust in Part I of which I am a trustee includes residences or fractionals that are used for personal occupancy and from which no income is generated and is a recipient of several assets, all of which have been listed and described in Part VII.

My Pension Plan from my former firm was closed and the assets were rolled over into my IRA

The additional transactions for a variety of funds were included because they were additional purchases automatically made from dividends and distributions that were used to re-purchase more of the same mutual fund.  These mutual funds include the entire of the mutual funds in all of the accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Hemant H. Kewalramani**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544